# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00359-CV

**J&E McConkey Family Limited Partnership, derivatively on behalf of Georgetown Family Emergency Center, LLC; Dr. Joshua McConkey, individually; Dr. John Valentini, individually; Dr. Ryan Prudoff, individually; RSPTRI Master, LLC; and Georgetown JJV, LLC, Appellants**

**v.**

**Family Emergency Rooms, LLC; H and K Higgins Family Limited Partnership; FH Systems, LLC; and Georgetown Emergency Physicians, PLLC, Appellees**

### FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY NO. 20-0448-C395, THE HONORABLE RYAN D. LARSON, JUDGE PRESIDING

## MEMORANDUM OPINION

Appellants J&E McConkey Family Limited Partnership, derivatively on behalf of Georgetown Family Emergency Center, LLC; Dr. Joshua McConkey, individually; Dr. John Valentini, individually; Dr. Ryan Prudoff, individually; RSPTRI Master, LLC; and Georgetown JJV, LLC have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Triana, and Smith

Dismissed on Appellants' Motion

Filed:   December 8, 2020